### CHARLES BLAKE vs. H. R. DARLING.

Suffolk.   November 13. — 16, 1874.   WELLS & DEVENS, JJ, absent.

The value of goods replevied need not be alleged in the writ.

REPLEVIN of a black walnut desk, commenced in the Municipal Court of the city of Boston.   At the trial in the Superior Court on appeal, the defendant moved to dismiss the action, because the writ did not allege the value of the property, and therefore it did not appear that it was of the value of more than $20 and less than $300.   *Dewey*, J., refused the motion.   On the trial it appeared that the desk was of the value of $30.   The verdict was for the plaintiff, and the defendant alleged exceptions.

*S. J. Ross*, for the defendant.

*L. M. Child*, for the plaintiff.

GRAY, C. J.   The value of goods replevied need not be alleged in the writ.   The jurisdiction depends upon the actual value as proved at the trial, not upon the plaintiff's allegation or the appraisers' certificate.   *King* v. *Dewey*, 11 Cush. 218.   *Pomeroy* v. *Trimper*, 8 Allen, 398.   *Davenport* v. *Burke*, 9 Allen, 116.   *Leonard* v. *Hannon*, 105 Mass. 113.      *Exceptions overruled.*

